Submitted on record and brief July 23, reversed and remanded October 1, 1997

In the Matter of the Application of
Randall Neal Wynn
for waiver of filing and service fees.

Randall Neal WYNN,
*Appellant,*

*v.*

STOUFFER FOODS CORPORATION, INC.,
*Respondent.*

(CA A96388)

945 P2d 656

Randall Neal Wynn submitted the brief *pro se.*

No appearance for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded. *Stanwood v. Multnomah County*, 135 Or App 58, 898 P2d 196 (1995).